✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                Nevada

Kyle Arbuckle

                                                      **DEFAULT**
                    Plaintiff,              **JUDGMENT IN A CIVIL CASE**

            V.

Splash News & Pictures Agency, et al.,
                                          Case Number:  2:11-cv-00177-PMP -GWF

                    Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff Kyle Arbuckle and against Defendant X17, Inc.

June 18, 2012                              /s/ Lance S. Wilson
_____          _____
Date                                       Clerk

                                           /s/ Ari Caytuero
                                    _____
                                       (By) Deputy Clerk