UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KYLE ARBUCKLE, | ) |
| Plaintiff, | ) 2:11-cv-00177-PMP-GWF |
| v. | ) |
| X17, INC., | ) ORDER |
| Defendant. | ) |

In reviewing the docket for this case, the Court noted that Plaintiff Kyle Arbuckle has not filed proof of service by publication as to Defendant X17, Inc.

IT IS THEREFORE ORDERED that Plaintiff Kyle Arbuckle shall file proof of service by publication as to Defendant X17, Inc. within ten (10) days from the date of this Order, which service must have taken place before the expiration of the September 2, 2011, deadline set forth in the Court's Order dated April 28, 2011. (Order (Doc. #16) at 5.) Failure to comply with this Order will result in the setting aside of the Default Judgment (Doc. #53) and in the dismissal of this case, without prejudice, as to Defendant X17, Inc.

IT IS FURTHER ORDERED that a prove up hearing on the amount of damages of the Default Judgment (Doc. #53) is set for September 26, 2012, at 2:30 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: August 6, 2012

_____
PHILIP M. PRO
United States District Judge