AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Kyle Arbuckle,

                Plaintiff,

V.

Splash News & Pictures Agency, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**
DEFAULT

Case Number: 2:11-cv-00177-PMP -GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that default judgment be entered against Defendant X17, Inc. and in favor of Plaintiff Kyle Arbuckle in the amount of $120,000.00, and the amount of $26,721.16 for attorney's fees and costs, for a total amount of $146,721.16.

September 27, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk