# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE ARBUCKLE, | |
|     Plaintiff, | Case No. 2:11-cv-00177-RFB-GWF |
| vs. | **ORDER** |
| SPLASH NEWS & PICTURES AGENCY, et al., | Motion for Further Status Conference (#92) |
|     Defendant. | |

    This matter comes before the Court on Defendant X17, Inc.'s ("Defendant") Motion for Further Status Conference (#92) filed on August 14, 2014.

    This case arises from an action for copyright infringement. *See Dkt. #1*. On January 17, 2014, Judge Pro referred the parties to the undersigned Magistrate Judge for a settlement conference. *See Dkt. #77*. A settlement conference was held on April 2, 2014, however no settlement was reached. *See Dkt. #81*. A pretrial order was entered on April 8, 2014, setting the trial date for October 21, 2014. *See Dkt. #82*. On May 14, 2014, the Court granted Plaintiff's counsel's motion to withdraw due to irreconcilable differences with respect to the future of the litigation. *See Dkt. #85, 87*. On August 14, 2014, Defendant filed the present motion for a status conference to discuss moving the case management dates and to set a briefing schedule for a summary judgement motion. *See Dkt. #92*. Therein, Defendant expresses his concerns over the pending jury trial due to the alleged lack of merit of the case and Plaintiff's inability to obtain counsel. Defendant substantially establishes good cause for a status conference. Accordingly,

. . .

. . .

1  **IT IS HEREBY ORDERED** that Defendant's Motion for Further Status Conference (#92) is **granted.**  A status conference is set for **Monday, August 25, 2014 at 10:30 A.M.** in Courtroom 3A before Magistrate Judge Foley, Jr.  Out-of-state counsel shall be permitted to appear by telephone.  The parties are instructed to call telephone number: **(702) 868-4910, access code 123456,** five (5) minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  The call must be made using a land line.

DATED this 18th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge